ACCEPTED
03-15-00248-CV
7922603
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 11:03:34 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-000248-CV**

IN THE THIRD COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 11:03:34 AM
JEFFREY D. KYLE
Clerk

BRIGHAM EXPLORATION COMPANY, BEN M. BRIGHAM,
DAVID T. BRIGHAM, HAROLD D. CARTER, STEPHEN C. HURLEY,
STEPHEN P. REYNOLDS, HOBART A. SMITH, SCOTT W. TINKER,
STATOIL ASA, AND FARGO ACQUISITION, INC.,

*Appellants*,

vs.

RAYMOND BOYTIM, et al., INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

*Appellees*.

Appeal from the 261st Judicial District Court of Travis County, Texas
Trial Court No. D-1-GN-11-003205
The Honorable Lora Livingston, Presiding

**APPELLEES' UNOPPOSED MOTION FOR LEAVE TO FILE
OVERLENGTH SINGLE ANSWERING BRIEF
RESPONDING TO TWO OPENING BRIEFS**

MICHAEL D. MARIN
State Bar No. 00791174
BOULETTE GOLDEN & MARIN L.L.P.
2801 Via Fortuna Drive, Suite 530
Austin, TX  78746
Telephone:  512/732-8900
512/732-8905 (fax)
mmarin@boulettegolden.com
*Liaison Counsel*

1092735_1

RANDALL J. BARON
DAVID T. WISSBROECKER
STEVEN M. JODLOWSKI
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SAMUEL H. RUDMAN
MARK S. REICH
MICHAEL G. CAPECI
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Class Counsel for Appellees*

KENDALL LAW GROUP, LLP
JOE KENDALL
DANIEL HILL
JAMIE J. McKEY
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: 214/239-4568
281/254-7789 (fax)

DUNNAM & DUNNAM LLP
HAMILTON LINDLEY
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX 76714-8418
Telephone: 254/753-6437
254/753-7434 (fax)

BRODSKY & SMITH, LLC
EVAN J. SMITH
MARC ACKERMAN
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: 610/667-6200
610/667-9029 (fax)

LEVI & KORSINSKY, LLP
SHANE T. ROWLEY
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: 212/363-7500
866/367-6510 (fax)

KOHN, SWIFT & GRAF, P.C.
DENIS F. SHEILS
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: 215/238-1700
215/238-1968 (fax)

THE WEISER LAW FIRM, P.C.
PATRICIA C. WEISER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

RYAN & MANISKAS, LLP
KATHARINE M. RYAN
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484/588-5516
484/450-2582 (fax)

1092735_1

KELLY N. REDDELL
THE REDDELL FIRM PLLC
100 Highland Park Village, Suite 200
Dallas, Texas 75205
Telephone:  214/295-3031

*Additional Counsel for Appellees*

1092735_1

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule 9.4 of the Texas Rules of Appellate Procedure, Appellees in the above-entitled and numbered cause respectfully request leave to exceed the 15,000-word limit for their Answering Brief. Appellees request leave to file the accompanying 17,753-word Answering Brief.

1. "A court may, on motion, permit a document that exceeds the prescribed limit." Tex. R. App. P. 9.4(i)(4). This request is sought on the following grounds.

2. First, Appellees must respond to *two* separate opening briefs: one filed by the Brigham Appellants and one filed by the Statoil Appellants. Collectively, these briefs are 73 pages in length and contain 17,464 words of argument.

3. While there is some overlap in Appellants' opening briefs, each brief focuses on different findings by the trial court in connection with class certification. The Brigham Defendants focus on the class definition, the trial plan's treatment of plaintiffs' breach of fiduciary duty claims and defendants' defenses, and the trial court's findings regarding the class certification requirements under Tex. R. Civ. P. 42. The Statoil Defendants focus on the trial court's findings regarding the adequacy of the named plaintiffs as to Statoil and the trial plan's treatment of plaintiffs' aiding and abetting a breach of

- 1 -

fiduciary duty claim against Statoil. Effectively countering the numerous arguments made by each group of Appellants requires more space than is typically permitted in an Answering Brief.

4.  Second, this appeal rests on a voluminous record that comprises a five-volume clerk's record and a four-volume reporter's record. The record runs more than 4,500 pages, reflecting three years' worth of class certification proceedings.

5.  To respond to the appeal, that record must be discussed in detail, because Appellants' challenges to the trial court's class certification order relate to numerous factual findings by the trial court. For instance, Appellants challenge the trial court's findings that seven named plaintiffs are adequate class representatives. In determining whether a court's adequacy findings are supported by the record, it is necessary to discuss the record as to each of the plaintiffs – a lengthy task given the record here. *See Farmers Ins. Exch. v. Leonard,* 125 S.W.3d 55, 66 (Tex. App.-Austin 2003, pet. denied).

6.  Third, choice-of-law principles require this Court to apply an unfamiliar body of law. Because Brigham Exploration Co. was incorporated in Delaware, plaintiffs' claims (and defendants' defenses) are governed by Delaware substantive law. Additional pages are necessary to explain the law supporting the trial court's decision.

- 2 -

7. Fourth, Appellees' counsel have worked diligently to limit the length of their Answering Brief. Although Appellees are seven separate parties, they have consolidated their arguments in response to Appellants into a single Answering Brief. Also, where Appellants' arguments overlap, Appellees avoid duplication by only making their counter-arguments once.[1]

8. Counsel for Appellees conferred with counsel for Appellants before filing this request. Appellants do not oppose the relief requested.

9. Based on the foregoing, Appellees respectfully request leave to file the accompanying 17,753‑word Answering Brief. Appellees submit that a modest increase in the word count for their Answering Brief is appropriate in this situation.

DATED: November 20, 2015  Respectfully submitted,

BOULETTE GOLDEN & MARIN L.L.P.
MICHAEL D. MARIN
Texas Bar #00791174


    /s/ Michael D. Marin
    MICHAEL D. MARIN

2801 Via Fortuna Drive, Suite 530
Austin, TX 78746
Telephone: 512/732-8900
512/732-8905 (fax)

Liaison Counsel

---

[1] Appellees have considerably shortened their Answering Brief. While the two briefs Appellees initially filed totaled 21,803 words, the single, omnibus brief accompanying this request contains 17,753 words.

1092735_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
DAVID T. WISSBROECKER
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs-Appellees

KENDALL LAW GROUP, LLP
JOE KENDALL
DANIEL HILL
JAMIE J. McKEY
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8150 N. Central Expressway, Suite 1575
Dallas, TX  75206
Telephone:  214/239-4568
281/254-7789 (fax)

DUNNAM & DUNNAM LLP
HAMILTON LINDLEY
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX  76714-8418
Telephone:  254/753-6437
254/753-7434 (fax)

- 4 -

1092735_1

BRODSKY & SMITH, LLC
EVAN J. SMITH
MARC ACKERMAN
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: 610/667-6200
610/667-9029 (fax)

LEVI & KORSINSKY, LLP
SHANE T. ROWLEY
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: 212/363-7500
866/367-6510 (fax)

KOHN, SWIFT & GRAF, P.C.
DENIS F. SHEILS
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: 215/238-1700
215/238-1968 (fax)

THE WEISER LAW FIRM, P.C.
PATRICIA C. WEISER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

RYAN & MANISKAS, LLP
KATHARINE M. RYAN
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484/588-5516
484/450-2582 (fax)

KELLY N. REDDELL
THE REDDELL FIRM PLLC
100 Highland Park Village, Suite 200
Dallas, Texas 75205
Telephone: 214/295-3031

Additional Counsel for Plaintiffs-
Appellees

- 5 -

1092735_1

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellants about the relief sought in this request. On November 17 and 18, 2015, I conferred with Deborah B. Alsup, of Thompson & Knight LLP, counsel for the Brigham Appellants. On November 18, 2015, I conferred with Russell S. Post, of Beck Redden LLP, counsel for the Statoil Appellants. Ms. Alsup and Mr. Post indicated that Appellants do not oppose the relief sought in this request.

s/ Steven M. Jodlowski<br>
STEVEN M. JODLOWSKI

## CERTIFICATE OF COMPLIANCE

This brief complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Times New Roman Font for body text and 12-point typeface for footnotes.

/s/ Michael D. Marin<br>
MICHAEL D. MARIN

1092735_1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be electronically filed using a certified Electronic Filing Service Provider, which will send electronic notification of such filing to the following counsel of record on the 20th day of November, 2015, or alternatively, a copy will be sent via U.S. Mail, to the parties listed in the attached service list.

/s/ Michael D. Marin
MICHAEL D. MARIN

**COUNSEL FOR DEFENDANT(S)**

Timothy R. McCormick
Michael W. Stockham
Timothy E. Hudson
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201-2533
 Telephone:  214/969-1700
 214/969-1751 (fax)
 Email: timothy.mccormick@tklaw.com;
          michael.stockham@tklaw.com;
          tim.hudson@tklaw.com

Russell S. Post
Alexander Fields
Parth Gejji
Christopher R. Cowan
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
   Telephone: 713/951-3700
   713/951-3720
   Email:  rpost@beckredden.com
           falexander@beckredden.com
           pgejji@beckredden.com
           ccowan@beckredden.com

Debora B. Alsup
Thompson & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, TX  78701
 Telephone:  512/469-6100
 512/469-6180 (fax)
 Email: debora.alsup@tklaw.com;
          danley.cornyn@tklaw.com

1092735_1

**COUNSEL FOR PLAINTIFF(S)**

Michael D. Marin
Boulette Golden & Marin LLP
2801 Via Fortuna Drive, Suite 530
Austin, TX 78746
    Telephone:  512/732-8900
    512/732-8905 (fax)
    Email:   mmarin@boulettegolden.com


Shane T. Rowley
Levi & Korsinsky, LLP
30 Broad Street, 24th Floor
New York, NY  10004
    Telephone:  212/363-7500
    866/367-6510 (fax)
    Email:  srowley@zlk.com


Joe Kendall
Daniel Hill
Jamie J. McKey
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
    Telephone:  214/744-3000
    214/744-3015 (fax)
    Email:  jkendall@kendalllawgroup.com;
        dhill@kendalllawgroup.com;
        jmckey@kendalllawgroup.com

Evan J. Smith
Marc L. Ackerman
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
    Telephone:  610/667-6200
    610/667-9029 (fax)
    Email:  esmith@brodsky-smith.com;
        mackerman@brodsky-
        smith.com

Hamilton Lindley
Dunnam & Dunnam LLP
4125 West Waco Drive (76710)
P.O. Box 8418
Waco, TX  76714-8418
    Telephone:  254/753-6437
    254/753-7434 (fax)
    Email: hlindley@dunnamlaw.com

Denis F. Sheils
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389
    Telephone:  215/238-1700
    215/238-1968 (fax)
    Email:  dsheils@kohnswift.com

1092735_1

Samuel H. Rudman
Mark S. Reich
Michael G. Capeci
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
   Telephone:  631/367-7100
   631/367-1173 (fax)
   Email:  srudman@rgrdlaw.com;
       mreich@rgrdlaw.com;
       mcapeci@rgrdlaw.com

Patricia C. Weiser
James M. Ficaro
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
   Telephone:  610/225-2677
   610/408-8062 (fax)
   Email:  pw@weiserlawfirm.com;
       jmf@weiserlawfirm.com

Kelly N. Reddell
The Reddell Firm PLLC
100 Highland Park Village, Suite 200
Dallas, Texas 75205
   Telephone:  214/295-3031
   Email:  kelly@reddell-law.com

Randall J. Baron
David T. Wissbroecker
Steven M. Jodlowski
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   Telephone:  619/231-1058
   619/231-7423 (fax)
   Email:  rbaron@rgrdlaw.com;
       dwissbroecker@rgrdlaw.com;
       sjodlowski@rgrdlaw.com

Katharine M. Ryan
Richard A. Maniskas
Ryan & Maniskas, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
   Telephone:  484/588-5516
   484/450-2582 (fax)
   Email:  kryan@rmclasslaw.com;
       rmaniskas@rmclasslaw.com

Willie C. Briscoe
The Briscoe Law Firm
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
   214/239-4568
   281/254-7789(Fax)
   Email:wbriscoe@thebriscoelawfirm.com

1092735_1